UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.  3:11-cr-5-J-32JRK

DR. MARC TAFFLIN, ET AL

**PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, petitions for a writ of habeas corpus ad testificandum and state as follows:

1. The above entitled proceeding is scheduled for trial on Friday, March 22, 2013, in this Court.

2. Heather Kuhbander, Ohio DRC No. W084214, a witness for the United States in said case, is now confined in the Dayton Correctional Institution, 4104 Germantown Street, Dayton, Ohio 45417.

3. It is necessary to have said witness before this Court in Jacksonville, Florida, on Friday, March 22, 2013, at 9:00 a.m., or forthwith, whichever date is closer, for the purpose of trial testimony.

WHEREFORE, this petitioner moves this Court to issue a Writ of Habeas Corpus Ad Testificandum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the individual using the name of Heather Kuhbander, Ohio DRC No. W084214, and have her

before this Court at the time and place above specified for the purpose of testifying; and upon completion of said proceeding to return the said defendant to the custody of the Dayton Correctional Institution, 4104 Germantown Street, Dayton, Ohio 45417, and also directing the said Warden, Dayton Correctional Institution, to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

        Respectfully submitted,

        ROBERT E. O'NEILL
        United States Attorney

By:    *s/ Jay Taylor*
        JAY TAYLOR
        Assistant United States Attorney
        Florida Bar No. 0511730
        300 North Hogan Street, Suite 700
        Jacksonville, Florida  32202-4270
        Telephone:    (904) 301-6300
        Facsimile:    (904) 301-6310
        E-mail:    jay.taylor@usdoj.gov